1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   JOAQUIN ESTRADA DELGADO,          )   CASE NO. SA CV 13-300-VAP (PJW)
                                       )
11                  Petitioner,        )
                                       )   J U D G M E N T
12             v.                      )
                                       )
13   CONNIE GIPSON, WARDEN,            )
                                       )
14                  Respondent.        )
     ─────────────────────────────────)

15

16        Pursuant to the Order Accepting Report and Adopting Findings,

17   Conclusions, and Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

21        DATED:     February 20, 2014.

22

23

24                                     VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE

25

26

27

28   C:\Temp\notesE1EF34\_194_SACV13-00300VAP-Judgment.wpd